UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIM HETTEL,<br><br>                      Petitioner,<br><br>     v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER DIRECTOR,<br><br>                      Respondent. | CASE NO. 2:24-cv-00147-JNW-BAT<br><br>**ORDER DIRECTING RESPONDENT TO UPDATE PETITIONER'S ADDRESS** |

      On February 5, 2024, Petitioner, who was then detained at NW Immigration Detention Center filed a writ of habeas corpus seeking a bond hearing, release, or immediate removal. Dkt. 1. On February 16, 2024, the Court's Report and Recommendation was mailed to Petitioner, and subsequently returned to the Court on March 6, 2024 as undeliverable.

      As it appears Petitioner has either been released, removed to his home country, or transferred to another detention facility, the Court ORDERS:

      1.    Respondent shall submit to the Court a status report as to whether Petitioner has been removed, released, or removed to his home country no later than **March 15, 2024**.

      2.    If Petitioner's request for habeas corpus relief is moot and should be dismissed because Petitioner has been removed to his home country, or released as he has requested,

ORDER DIRECTING RESPONDENT TO
UPDATE PETITIONER'S ADDRESS - 1

1  Respondent should so inform the Court.

2  DATED this 8th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
UPDATE PETITIONER'S ADDRESS - 2