UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIM HETTEL,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER DIRECTOR,<br><br>　　　　　　　　Respondent. | CASE NO. 2:24-cv-00147-JNW-BAT<br><br>**REPORT AND RECOMMENDATION** |

　　The Court recommends this matter be DISMISSED as moot because Petitioner has been removed from the United States. On February 5, 2024, Petitioner, Karim Hettel, a detainee at the Northwest Immigration Detention Center filed a *pro se* 28 U.S.C. § 2241 habeas petition requesting the Court order his immediate removal or release. Dkt. 1 at 3.

　　On February 16, 2024, the Court filed a report that recommended Petitioner's application to proceed *in forma pauperis* be denied. Dkt. 5. On March 8, 2024, the report that was mailed to Petitioner was returned to the Court as undeliverable. Dkt. 7. The Court accordingly directed the United States to advise the Court whether Petitioner had been removed or transferred to another immigration detention center. Dkt. 7.

　　On March 8, 2024, the United States filed a motion to dismiss on the grounds Petitioner

REPORT AND RECOMMENDATION - 1

was removed from the country on February 21, 2024 and his habeas petition was therefore moot. Dkt. 8. Because Petitioner has been removed, and this Court can no longer provide him the relief sought, the Court recommends GRANTING the motion to DISMISS.

Additionally, because Petitioner has obtained one of the forms of relief requested (removal) and has been removed to his home county, the Court recommends the order of dismissal be granted immediately.

DATED this 11th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2