UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARIM HETTAL,<br><br>      Petitioner,<br><br> v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER DIRECTOR,<br><br>      Respondent. | CASE NO. 2:24-cv-00147-JNW-BAT<br><br>**ORDER OF DISMISSAL** |

  On March 11, 2024, the Honorable Brian A. Tsuchida, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation (R&R), recommending that the Court grant Respondent's motion to dismiss Petitioner's habeas petition as moot. Dkt. Nos. 8, 9. Petitioner did not object to the R&R and the time for objecting has passed.

  Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

ORDER OF DISMISSAL - 1

1. The Court adopts the R&R and enters the Proposed Judgment. Dkt. Nos. 8, 9.

2. Respondent's Motion to Dismiss is GRANTED, and Petitioner's habeas action is DISMISSED with prejudice.

3. Petitioner's pending motion for leave to proceed in forma pauperis, Dkt. No. 4, and Judge Tsuchida's separate Report and Recommendation, recommending denial of Petitioner's IFP application, Dkt. No. 5, are rejected as MOOT.

4. The Clerk is directed to send copies of this Order to the parties and Judge Tsuchida.

Dated this 18th day of April, 2024.

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 2